

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

City of Albany,                 * From the 259th District Court
of Shackelford County,
Trial Court No. 2017-035.

Vs. No. 11-18-00051-CV          * April 2, 2020

Diana Christine Blue and        * Memorandum Opinion by Stretcher, J.
Elva Rae Sanders,                (Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and the cause is remanded to the trial court. The costs incurred by reason of this appeal are taxed against Diana Christine Blue and Elva Rae Sanders.